UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN RODNEY ORTH,<br><br>Petitioner<br><br>v.<br><br>WARDEN, HIGH DESERT STATE PRISON, et al.,<br><br>Respondents | Case No. 2:17-cv-02047-JAD-PAL<br><br>**Order Granting Motion to Enlarge Time**<br><br>[ECF No. 6] |

Respondents having filed a motion for an extension of time (second request), and good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an extension of time (second request) **[ECF No. 12] is GRANTED.** Respondents have until October 11, 2018, to file an answer or other response to the petition (ECF No. 6).

Dated: October 1, 2018

_____
U.S. District Judge Jennifer A. Dorsey

1