# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sean Rodney Orth,

    Petitioner

v.

Warden, High Desert State Prison; et al.,

    Respondents

Case No.: 2:17-cv-02047-JAD-PAL

**Order Granting Motion for Extension of Time**

[ECF No. 35]

Good cause appearing, respondents' motion for a 30-day extension of time to file a reply in support of [ECF No. 15] the motion to dismiss the petition **[ECF No. 35] is GRANTED**. The deadline to file the reply brief is extended to December 24, 2018.

Dated: November 21, 2018

                                                    _____
                                                  U.S. District Judge Jennifer A. Dorsey