# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth, <br><br> Petitioner <br><br> v. <br><br> Warden, High Desert State Prison, et al., <br><br> Respondents | Case No. 2:17-cv-02047-JAD-BNW <br><br> **Order Granting Application to Proceed *in Forma* Pauperis and Appointing Counsel** <br><br> ECF Nos. 44, 45 |

The Federal Public Defender having now appeared on behalf of petitioner, Sean Rodney Orth;[1]

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* **[ECF No. 44] is GRANTED**;

IT IS FURTHER ORDERED that the Federal Public Defender is appointed as counsel for petitioner under 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

IT IS FURTHER ORDERED that **petitioner has until September 4, 2019, to file a supplemental opposition to the motion to dismiss [ECF No. 15] or to file a motion for leave to amend the petition**;

---

[1] ECF No. 44

IT IS FURTHER ORDERED that, if petitioner files a motion for leave to amend the petition, the court waives the requirement of Local Rule LR 15-1(a) that petitioner attach a proposed amended petition.

Dated: August 7, 2019

_____
U.S. District Judge Jennifer A. Dorsey