# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth, | Case No. 2:17-cv-02047-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Brian Williams, et al., | |
| Respondents | ECF No. 51 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Orth was given leave to file an amended petition by December 16, 2019, and he moves to extend that deadline to March 16, 2020, because counsel needs additional time to review the large record and conduct further investigation.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 51] is GRANTED. The Petitioner's deadline to file an amended petition for writ of habeas corpus is extended to March 16, 2020.**

Dated: January 7, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 51.