# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>        Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>        Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>ECF No. 53 |

    Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Orth was given leave to file an amended petition by March 16, 2020, and he moves to extend that deadline to June 15, 2020, because counsel needs additional time to complete the investigation of Orth's case.[1] The motion is unopposed. Good cause appearing,

    **IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 53] is GRANTED. The Petitioner's deadline to file an amended petition for writ of habeas corpus is extended to June 15, 2020.**

    Dated: March 16, 2020

                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 53.