# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sean Rodney Orth,

        Petitioner

  v.

Brian Williams, et al.,

        Respondents

Case No. 2:17-cv-02047-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 55

    Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Orth was given leave to file an amended petition by June 15, 2020, and he moves to extend that deadline to June 29, 2020, because counsel needs additional time to finalize the amended petition and to communicate with Orth about the amended petition.[1] The motion is unopposed. Good cause appearing,

    **IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 55] is GRANTED. The Petitioner's deadline to file an amended petition for writ of habeas corpus is extended to June 29, 2020.**

    Dated: June 15, 2020

                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 55.