# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>　　　　　Petitioner<br><br>　v.<br><br>Brian Williams, et al.,<br><br>　　　　　Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for an Extension of Time**<br><br>ECF No. 59 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Respondents' response to the amended petition is due August 24, 2020, and they move to extend that deadline to September 23, 2020, because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 59] is GRANTED. The Respondents' deadline to respond to the amended petition for writ of habeas corpus is extended to September 23, 2020.**

Dated: August 24, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 59.