# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sean Rodney Orth,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

Case No. 2:17-cv-02047-JAD-BNW

**Order Granting Unopposed Motion for an Extension of Time**

ECF No. 61

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Respondents' response to the amended petition is due September 23, 2020, and they move to extend that deadline to November 23, 2020, because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 61] is GRANTED. The Respondents' deadline to respond to the amended petition for writ of habeas corpus is extended to November 23, 2020.**

Dated: September 18, 2020

                                               U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 61.