# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth, | Case No. 2:17-cv-02047-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for an Extension of Time** |
| Brian Williams, et al., | |
| Respondents | ECF No. 63 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. The response to the amended petition is due November 23, 2020, and respondents move to extend that deadline to January 7, 2021, because of deadlines and work in other cases, and due to medical issues.[1] The motion is unopposed. Good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for an Extension of Time **[ECF No. 63] is GRANTED. The Respondents' deadline to respond to the amended petition for writ of habeas corpus is extended to January 7, 2021.**

Dated: November 18, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 63.