# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>　　　　Petitioner<br><br>　v.<br><br>Brian Williams, et al.,<br><br>　　　　Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for an Extension of Time**<br><br>ECF No. 67 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Petitioner's response to the motion to dismiss was due January 21, 2021, and they move to extend that deadline to February 22, 2021, because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 67] is GRANTED. The Petitioner's deadline to respond to the motion to dismiss is extended to February 22, 2021.**

Dated: 1/25/2021, nunc pro tunc to 1/21/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 67.