# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>　　　　Petitioner<br><br>　v.<br><br>Brian Williams, et al.,<br><br>　　　　Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for an Extension of Time**<br><br>ECF No. 70 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Respondents' reply is due March 1, 2021, and they move to extend that deadline to April 15, 2021, because of deadlines and work in another case.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 70] is GRANTED. Respondents' deadline to file a reply to the opposition to the motion to dismiss is extended to April 15, 2021. Counsel's workload will not constitute good cause for further extension of this deadline.**

Dated: February 26, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 67.