# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>            Petitioner<br><br>   v.<br><br>Brian Williams, et al.,<br><br>           Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for an Extension of Time**<br><br>ECF No. 76 |

     Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. By extension, respondents' answer to the amended petition was due December 26, 2021, and they move for a second extension because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

     **IT IS HEREBY ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 76] is GRANTED. The Respondents' deadline to answer the amended petition for writ of habeas corpus is extended to February 25, 2022.**

     Dated: January 5, 2022,
          Nunc pro tunc to December 26, 2021.

                                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 76.