# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth, | Case No. 2:17-cv-02047-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for an Extension of Time** |
| Brian Williams, et al., | |
| Respondents | ECF No. 78 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Respondents' answer to the amended petition is due February 25, 2022, and they move to extend that deadline to March 28, 2022, because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 78] is GRANTED. The Respondents' deadline to answer the amended petition for writ of habeas corpus is extended to March 28, 2022.**

Dated: February 25, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 78.