# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents | Case No. 2:17-cv-02047-JAD-BNW<br><br>**Order Granting Unopposed Motion for an Extension of Time**<br><br>ECF No. 80 |

Petitioner Sean Rodney Orth brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2007 state-court conviction. Respondents' answer to the amended petition is due March 28, 2022, and they move to extend that deadline to April 27, 2022, because of deadlines and work in other cases.[1] The motion is unopposed. Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for an Extension of Time **[ECF No. 80] is GRANTED. The Respondents' deadline to answer the amended petition for writ of habeas corpus is extended to April 27, 2022.**

Dated: March 30, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 80.